| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** SANTA ANA DIVISION

| In re:<br>**Katie Lynn Higbee**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:   06/27/2025    Katie Lynn Higbee                                                                    */s/ Katie Higbee*
                    Printed name of Debtor 1                                                              Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                  Page 1                                       **F 1002-1.EMP.INCOME.DEC**

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____  _____  _____
                              Printed name of Debtor 2                Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 2                    **F 1002-1.EMP.INCOME.DEC**

# gusto

# Earnings Statement

**Company**
Newport VH LP
21157 Newport Coast Drive
Newport Beach, CA 92657
949-706-8380

**Employee**
Katie Higbee
XXX-XX-3681
2450 Newport Blvd
Apt 102
Costa Mesa, CA 92627

Pay period: Jun 1, 2025 - Jun 15, 2025 Pay Day: Jun 20, 2025
Chime Checking Account ( . . . 2248): $1,291.73

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $20.00 | 76.3 | $1,526.00 | $5,870.32 |
| Overtime | $30.00 | 1.233 | $36.99 | $182.10 |
| **Totals** | | **77.533** | **$1,562.99** | **$6,052.42** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $102.62 | $389.54 |
| Social Security | $96.91 | $375.25 |
| Medicare | $22.66 | $87.76 |
| CA State Income Tax | $30.31 | $119.65 |
| CA SDI | $18.76 | $72.63 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $96.91 | $375.25 |
| Medicare | $22.66 | $87.76 |
| FUTA | $9.38 | $36.32 |
| CA SUI | $81.28 | $314.74 |
| CA ETT | $1.56 | $6.05 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,562.99 | $6,052.42 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $271.26 | $1,044.83 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,291.73 | $5,007.59 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,291.73 | $5,007.59 |
| Total Hours Worked | 77.533 | 299.59 |

**Sick Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Sick Balance | 0.00 |

**Paid Time Off Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 0.00 |

# gusto

# Earnings Statement

**Company**
Newport VH LP
21157 Newport Coast Drive
Newport Beach, CA 92657
949-706-8380

**Employee**
Katie Higbee
XXX-XX-3681
2450 Newport Blvd
Apt 102
Costa Mesa, CA 92627

Pay period: May 16, 2025 - May 31, 2025 Pay Day: Jun 6, 2025
Chime Checking Account ( . . . 2248): $1,553.02

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $20.00 | 91.233 | $1,824.66 | $4,344.32 |
| Overtime | $30.00 | 2.934 | $88.02 | $145.11 |
| **Totals** | | **94.167** | **$1,912.68** | **$4,489.43** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $144.58 | $286.92 |
| Social Security | $118.58 | $278.34 |
| Medicare | $27.74 | $65.10 |
| CA State Income Tax | $45.81 | $89.34 |
| CA SDI | $22.95 | $53.87 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $118.58 | $278.34 |
| Medicare | $27.74 | $65.10 |
| FUTA | $11.48 | $26.94 |
| CA SUI | $99.46 | $233.46 |
| CA ETT | $1.91 | $4.49 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,912.68 | $4,489.43 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $359.66 | $773.57 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,553.02 | $3,715.86 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,553.02 | $3,715.86 |
| Total Hours Worked | 94.167 | 222.05 |

**Sick Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Sick Balance | 0.00 |

**Paid Time Off Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 0.00 |

# gusto

# Earnings Statement

**Company**
Newport VH LP
21157 Newport Coast Drive
Newport Beach, CA 92657
949-706-8380

**Employee**
Katie Higbee
XXX-XX-3681
2450 Newport Blvd
Apt 102
Costa Mesa, CA 92627

Pay period: May 1, 2025 - May 15, 2025 Pay Day: May 22, 2025
Chime Checking Account ( . . . 2248): $1,323.22

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $20.00 | 78.05 | $1,561.00 | $2,519.66 |
| Overtime | $30.00 | 1.47 | $44.10 | $57.09 |
| **Totals** | | **79.52** | **$1,605.10** | **$2,576.75** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $107.67 | $142.34 |
| Social Security | $99.52 | $159.76 |
| Medicare | $23.27 | $37.36 |
| CA State Income Tax | $32.16 | $43.53 |
| CA SDI | $19.26 | $30.92 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $99.52 | $159.76 |
| Medicare | $23.27 | $37.36 |
| FUTA | $9.63 | $15.46 |
| CA SUI | $83.47 | $134.00 |
| CA ETT | $1.61 | $2.58 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,605.10 | $2,576.75 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $281.88 | $413.91 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,323.22 | $2,162.84 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,323.22 | $2,162.84 |
| Total Hours Worked | 79.52 | 127.89 |

**Sick Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Sick Balance | 0.00 |

**Paid Time Off Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 0.00 |

# Earnings Statement

**Company**
Newport VH LP
21157 Newport Coast Drive
Newport Beach, CA 92657
949-706-8380

**Employee**
Katie Higbee
XXX-XX-3681
2450 Newport Blvd
Apt 102
Costa Mesa, CA 92627

Pay period: Apr 16, 2025 - Apr 30, 2025 Pay Day: May 7, 2025
Chime Checking Account ( . . . 2248): $839.62

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $20.00 | 47.933 | $958.66 | $958.66 |
| Overtime | $30.00 | 0.433 | $12.99 | $12.99 |
| **Totals** | | **48.366** | **$971.65** | **$971.65** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $34.67 | $34.67 |
| Social Security | $60.24 | $60.24 |
| Medicare | $14.09 | $14.09 |
| CA State Income Tax | $11.37 | $11.37 |
| CA SDI | $11.66 | $11.66 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $60.24 | $60.24 |
| Medicare | $14.09 | $14.09 |
| FUTA | $5.83 | $5.83 |
| CA SUI | $50.53 | $50.53 |
| CA ETT | $0.97 | $0.97 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $971.65 | $971.65 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $132.03 | $132.03 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $839.62 | $839.62 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $839.62 | $839.62 |
| Total Hours Worked | 48.366 | 48.37 |

**Sick Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Sick Balance | 0.00 |

**Paid Time Off Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 0.00 |