# SCHOOLSFIRST
FEDERAL CREDIT UNION

## Loan and Security Agreements and Disclosure Statement

| LOAN DATE | ACCOUNT NUMBER | LOAN NUMBER | MATURITY DATE |
|---|---|---|---|
| 3/27/2021 | *******710 | 0001 | 5/25/2027 |

| BORROWER 1 (Name & Address) | BORROWER 2 (Name & Address) |
|---|---|
| KATIE LYNN HIGBEE | |

| BORROWER 3 (Name & Address) | BORROWER 4 (Name & Address) |
|---|---|
| | |

### TRUTH IN LENDING DISCLOSURE ('e' means an estimate)

| ANNUAL PERCENTAGE RATE The cost of Your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost You. | Amount Financed The amount of credit provided to You or on Your behalf. | Total of Payments The amount You will have paid after You have made all payments as scheduled. | Total Sale Price The total cost of Your purchase on credit is $ which includes Your downpayment of $ |
|---|---|---|---|---|
| 2.740% | $1,599.27 | $17,680.40 | $19,279.67 | |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due | Beginning |
|---|---|---|---|
| 71 | $267.78 | Monthly | 6/25/2021 |
| 1 | $267.29 | | 5/25/2027 |

**Prepayment:** If You pay off early You will not have to pay a penalty.

**Required Deposit:** The Annual Percentage Rate does not take into account Your required deposit, if any.

**Property Insurance:** You may obtain property insurance from anyone You want that is acceptable to the Credit Union. If You get the insurance from the Credit Union You will pay $

**Filing Fees** $    **Non-Filing Insurance** $

**Late Charge:** If Your payment is more than 15 days late, You will be required to pay a late charge of 5% of the payment due, but not less than $10.00.

**Security:** Collateral securing other loans with the Credit Union may also secure this Loan. We have a statutory lien on all individual and joint accounts You have with Us and may enforce this right if You are in default. If a Pledge of Shares is given below, You are giving a security interest in Your shares and dividends and, if any, Your deposits and interest in the Credit Union. You are also giving a security interest in the Property described below:

| Collateral | Property/Model/Make | Year | I.D. Number | Type | Value | Key Number |
|---|---|---|---|---|---|---|
| | Hyundai Sonata | 2018 | 5NPE34AB4JH658719 | Used Vehicle | 20,914.00 | |

Other (Describe)
Pledge of Shares        in Account No.

**Variable Rate:**

☐ The ANNUAL PERCENTAGE RATE (APR) for this Loan will be the highest "Prime Rate" as reported in the "Money Rates" tables of the Wall Street Journal (Index), plus 2%. The APR may vary and is subject to change on the first day of the month following a change in the Index. The APR will never be greater than 18%. Any increase in the APR will result in a higher monthly payment. Example: If Your loan were for $10,000 at 8% for 36 months and the rate increased to 8.50% after 6 months, the payment You would make would be $315.29.

☒ The ANNUAL PERCENTAGE RATE (APR) for this Loan will increase 0.75% if You discontinue the automatic loan payments. The increase in the APR may result in a higher monthly payment. Example: If Your loan were for $10,000 at 8.00% for 36 months and the rate increased to 8.75% after 9 months, the payment You would make would be $315.99.

See Your contract documents for any additional information about nonpayment, default, and any required repayment in full before the scheduled date.


EXHIBIT 1

| Credit Union: SchoolsFirst Federal Credit Union | Acct No. *******710 | Loan No. 0001 |
|---|---|---|

### ITEMIZATION OF THE AMOUNT FINANCED ('e' means an estimate)

| Itemization of Amount Financed of $17,680.40 | Amount Given to You Directly $17,680.40 | Amount Paid on Your Account $0.00 | Prepaid Finance Charge $0.00 |
|---|---|---|---|

**Amounts Paid to Others on Your Behalf:** (If an amount is marked with an asterisk (*) We will be retaining a portion of the amount.)

| To | To |
|---|---|
| To | To |
| To | To |
| To | To |
| To | To |
| To | To |
| To | To |

### MILITARY LENDING ACT DISCLOSURES

Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36 percent. This rate must include, as applicable to the credit transaction or account: The costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account).

Please call Us at (800) 636-2374 to receive oral disclosures of the Military Lending Act disclosure above and a description of the payment obligation.

A "Covered Borrower" for purposes of this loan means a consumer who, at the time the consumer becomes obligated on this loan, is a covered member or a dependent of a covered member as defined by the Military Lending Act. A Covered Borrower does not mean a consumer who (though a Covered Borrower at the time he or she became obligated on this transaction) no longer is a covered member or a dependent of a covered member as defined by the Military Lending Act.

### LOAN AGREEMENT

In this Loan Agreement ("Agreement") all references to "Credit Union", "We", "Our" or "Us" mean the Credit Union whose name appears above and anyone to whom the Credit Union assigns or transfers this Agreement. All references to "You" or "Your" mean each person who signs, or otherwise authenticates, this Agreement as a borrower.

**1. PROMISE TO PAY** - You promise to pay    $17,680.40    to the Credit Union plus interest on the unpaid balance until has been repaid.

For **fixed rate** loans, the interest rate is    2.740%    per year.

For **variable rate** loans, the initial interest rate is    % per year and will vary as follows:

☐ The ANNUAL PERCENTAGE RATE (APR) for this Loan will be the highest "Prime Rate" as reported in the "Money Rates" tables of the Wall Street Journal (Index), plus 2%. The APR may vary and is subject to change on the first day of the month following a change in the Index. The APR will never be greater than 18%. Any increase in the APR will result in a higher monthly payment. Example: If Your loan were for $10,000 at 8% for 36 months and the rate increased to 8.50% after 6 months, the payment You would make would be $315.29.

☒ The ANNUAL PERCENTAGE RATE (APR) for this Loan will increase    0.75%    if You discontinue the automatic loan payments. The increase in the APR may result in a higher monthly payment. Example: If Your loan were for    $10,000 at    8.00%    for 36 months and the rate increased to    8.75%    after 9 months, the payment You would make would be $315.99.

**Collection Costs:**
You agree to pay all costs of collecting the amount You owe under this Agreement, including court costs and reasonable attorney fees.

**2. PAYMENTS** - You promise to make payments of the amount and at the time shown in the Truth in Lending Disclosure. If this is a variable rate loan, the Promise to Pay section tells You whether, if the interest rate increases, You will have to make more payments, higher payments, or if the final payment will be a balloon payment. You may prepay any amount without penalty. If You prepay any part of what You owe, You are still required to make the regularly scheduled payments, unless We have agreed to a change in the payment schedule. Because this is a simple interest loan, if You do not make payments exactly as scheduled, Your final payment may be more or less than the amount of the final payment that is disclosed. If You elect voluntary payment protection, We will either include the premium or program fee(s) in Your payments or extend the term of Your loan. If the term is extended, You will be required to make additional payments of the scheduled amount, until what You owe has been paid. You promise to make all payments to the place We choose. If this loan refinances another loan You have with Us, the other loan will be canceled and refinanced as of the date of this loan. Proceeds from other loans, lines of credit, or cash advances from a credit card(s) You have with Us now or in the future, cannot be used to pay any amount You owe under this Agreement. Unless otherwise required by law, payments will be applied to amounts owed in the manner We choose.

EXHIBIT 1

| Credit Union: SchoolsFirst Federal Credit Union | Acct No. *******710 | Loan No. 0001 |
|---|---|---|

**3. LOAN PROCEEDS BY MAIL** - If the proceeds of this loan are mailed to You, interest on this loan begins on the date the loan is funded.

**4. SECURITY FOR LOAN** - This Agreement is secured by all property described in the "Security" section of the Truth in Lending Disclosure. Property securing other loans You have with Us also secures this loan, unless the property is a dwelling or otherwise prohibited by federal and/or state law. In addition to Your pledge of shares, We may also have what is known as a statutory lien on all individual and joint accounts You have with Us. A statutory lien means We have the right under federal and/or state law to claim an interest in Your accounts. Unless otherwise prohibited by federal and/or state law, We can enforce a statutory lien against Your shares and dividends and, if any, interest and deposits, in all individual and joint accounts You have with Us to satisfy any outstanding financial obligation that is due and payable to Us. We may exercise Our right to enforce this lien without further notice to You, to the extent permitted by law. *For all borrowers:* You pledge as security for this loan all shares and dividends and, if any, all deposits and interest in all joint and individual accounts You have with the Credit Union now and in the future. **The statutory lien and/or Your pledge will allow Us to apply the funds in Your account(s) to what You owe when You are in default.** If a dollar amount and account number are listed in the "Security" section of the Truth in Lending Disclosure, You may not withdraw the amount that has been specifically pledged to secure this loan until the Credit Union agrees to release all or part of the pledged amount. The statutory lien and Your pledge do not apply to any Individual Retirement Account or any other account that would lose special tax treatment under state or federal law if given as security.

**5. DEFAULT** - You will be in default if: (1) You do not pay Your payments on time; (2) You fail to live up to any of the terms and conditions of this Agreement or any other loans or lines of credit You may have with Us; (3) Your creditworthiness is impaired; (4) the value of the Security is impaired; (5) You die, become insolvent or are the subject of bankruptcy or receivership proceedings; (6) there is a change of ownership of all or any part of the Security; (7) there has been any fraud or misrepresentation on Your part at any time in connection with this Agreement; (8) You do not use the Loan proceeds for the purpose stated in Your application; (9) a voluntary or involuntary intervening lien is recorded against the Security which takes priority over Our interest in the Security or otherwise jeopardizes Our interest in the Security; (10) You abandon the Security; or (11) You fail to provide valid title to Us within 90 days of this Agreement, if applicable.

**6. CROSS DEFAULT** - You understand and agree that Your default of the terms and conditions of this Agreement will be deemed to be a default of any and all other loans and lines of credit You now have with Us or obtain in the future with Us, excluding any credit card accounts You may have with Us. Further, You understand and agree that Your default of the terms and conditions of any other loans or lines of credit You now have with Us or obtain in the future with Us shall be deemed to be a default of the terms and conditions of this Agreement.

**7. OUR RIGHTS IF YOU ARE IN DEFAULT** - If You are in default, We may terminate this Agreement and demand immediate payment of the unpaid Principal balance, Interest, late charges and Collection Costs (defined above). You understand We also have other rights, including: (1) the right to cause the sale of the Security and applying the proceeds from such sale to pay Our Loan; and (2) applying the default APR (described below). You understand and agree that Interest at the Annual Percentage Rate (APR) under this Agreement will continue to accrue until You repay Your entire Loan. In addition to the foregoing, if You have any lines of credit, now or obtained in the future, with Us and You are in default under the terms and conditions of this Agreement, We may temporarily or permanently suspend any and all of Your account privileges on any lines of credit You have with Us.

**8. TITLING/DEFAULT RATE** - You agree to provide valid title to Us within 90 days of this Agreement. If title is not perfected reflecting SchoolsFirst FCU as lienholder within 90 days, We reserve the right to increase the interest rate on the Loan to 18%. As a result, Your monthly payments will increase.

**9. EACH PERSON RESPONSIBLE** - Each person who signs, or otherwise authenticates, this Agreement will be individually and jointly responsible for paying the entire amount owed under this Agreement. This means We can enforce Our rights against any one of You individually or against all of You together.

**10. LATE CHARGE** - If You are late in making a payment, You promise to pay the late charge shown in the Truth in Lending Disclosure. If no late charge is shown, You will not be charged one.

**11. DELAY IN ENFORCING RIGHTS** - We can delay enforcing any of Our rights under this Agreement any number of times without losing the ability to exercise Our rights later. We can enforce this Agreement against Your heirs or legal representatives.

**12. CONTINUED EFFECTIVENESS** - If any part of this Agreement is determined by a court to be unenforceable, the rest will remain in effect.

**13. NOTICES** - Notices will be sent to You at the most recent address You have given Us in writing. Notice to any one of You will be notice to all.

**14. USE OF ACCOUNT** - You promise to use Your account for consumer (personal, family or household) purposes, unless the Credit Union gives You written permission to use the account also for agricultural or commercial purposes, including, but not limited to, use of the Property in partnership with a transportation network company, or to purchase real estate.

**15. NO ORAL AGREEMENTS -- THIS NOTE CONSTITUTES A "WRITTEN LOAN AGREEMENT" PURSUANT TO SECTION 26.02 OF THE TEXAS BUSINESS AND COMMERCE CODE, IF SUCH SECTION APPLIES. THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS, OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.**

**16.** The following is required by Vermont law: **NOTICE TO COSIGNER: YOUR SIGNATURE ON THIS NOTE MEANS THAT YOU ARE EQUALLY LIABLE FOR REPAYMENT OF THIS LOAN. IF THE BORROWER DOES NOT PAY, THE LENDER HAS A LEGAL RIGHT TO COLLECT FROM YOU.**

**17. NOTICE TO UTAH BORROWERS:** This written Agreement is the final expression of the Agreement between You and the Credit Union. This written Agreement may not be contradicted by evidence of any oral agreement.

**18. PAYMENTS BY AUTOMATIC TRANSFER** - If You request to make payments by automatic transfer, You understand and agree that no payment can or will be made if there are insufficient or uncollected funds in the designated account to make the scheduled Loan payment. Should this event occur, You understand and agree that You will not be released from making the payment. Any automatic transfer You have requested will remain in effect until You cancel it in writing or Your entire Loan balance is paid in full. You may cancel this service at Your discretion. Any month in which there are insufficient funds available in

EXHIBIT 1

| Credit Union: SchoolsFirst Federal Credit Union | Acct No. *******710 | Loan No. 0001 |
|---|---|---|

the designated share account to satisfy the full payment amount due on the due date, will result in assessment of a $20.00 Loan Advance Transfer NSF Fee, **which will be added to the outstanding Loan balance.**

**19. ARBITRATION** - The Statement of Fees and Disclosure & Agreement of Terms and Conditions governing Your Membership with the Credit Union includes a section titled "Arbitration; Choice of Forum; Jury Trial Waiver." This section does not apply to this Agreement. You are not required to submit to arbitration for any claims arising from this Agreement.

**20. AUTO LOAN INSURANCE AND LIENHOLDER DISCLOSURE** - You must maintain full comprehensive and collision insurance on the vehicle. The maximum deductible is $1,000. SchoolsFirst FCU must be listed as the "loss payee" and the lienholder address should appear exactly as follows:

**SCHOOLSFIRST FCU**
**PO BX 11547**
**SANTA ANA, CA 92711**

## SECURITY AGREEMENT

In this Security Agreement ("Agreement") all references to "Credit Union", "We", "Our" or "Us" mean the Credit Union whose name appears on this document and anyone to whom the Credit Union assigns or transfers this Agreement. All references to the "Loan" mean the loan described in the Loan Agreement that is part of this document. All references to "You" or "Your" mean any person who signs, or otherwise authenticates, this Agreement.

**1. THE SECURITY FOR THE LOAN** - You give Us what is known as a security interest in the Property described in the "Security" section of the Truth in Lending Disclosure that is part of this document ("the Property"). The security interest You give includes all accessions. Accessions are things which are attached to or installed in the Property now or in the future. The security interest also includes any replacements for the Property which You buy within 10 days of the Loan and any extensions, renewals or refinancings of the Loan. It also includes any money You receive from selling the Property or from insurance You have on the Property. If the value of the Property declines, You promise to give Us more property as security if asked to do so.

**2. WHAT THE SECURITY INTEREST COVERS/CROSS COLLATERAL PROVISIONS** - The security interest secures the Loan and any extensions, renewals or refinancings of the Loan. **Unless prohibited by applicable law, the security interest also secures any other loans, including any credit card loan, You have now or receive in the future from Us and any other amounts You owe Us for any reason now or in the future, except any loan secured by Your principal dwelling.** If the Property is household goods as defined by the Federal Trade Commission Credit Practices Rule or Your principal dwelling, the Property will secure only this Loan and not other loans or amounts You owe Us.

**3. OWNERSHIP OF THE PROPERTY** - You promise that You own the Property or, if this Loan is to buy the Property, You promise You will use the Loan proceeds for that purpose. You promise that no one else has any interest in or claim against the Property that You have not already told Us about. You promise not to sell or lease the Property or to use it as security for a loan with another creditor until the Loan is repaid. You promise You will allow no other security interest or lien to attach to the Property either by Your actions or by operation of law.

**4. PROTECTING THE SECURITY INTEREST** - If Your state issues a title for the Property, You promise to have Our security interest shown on the title. We may have to file what is called a financing statement to protect Our security interest from the claims of others. You irrevocably authorize Us to execute (on Your behalf), if applicable, and file one or more financing, continuation or amendment statements pursuant to the Uniform Commercial Code (UCC) in a form satisfactory to Us. You promise to do whatever else We think is necessary to protect Our security interest in the Property. You also promise to pay all costs, including but not limited to any attorney fees, We incur in protecting Our security interest and rights in the Property, to the extent permitted by applicable law.

**5. USE OF PROPERTY** - Until the Loan has been paid off, You promise You will: (1) Use the Property carefully and keep it in good repair. (2) Obtain Our written permission before making major changes to the Property or changing the address where the Property is kept. (3) Inform Us in writing before changing Your address. (4) Allow Us to inspect the Property. (5) Promptly notify Us if the Property is damaged, stolen or abused. (6) Not use the Property for any unlawful purpose. (7) Not retitle Property in another state without telling Us. (8) Inform Us immediately if the Security is to be moved from Your address listed on Your application. (9) Not to take the Security out of the state of Your residence for more than thirty (30) days without Our prior written consent. (10) Use the Property solely for consumer (personal, family or household) purposes, unless the Credit Union gives You written permission to use the Property also for agricultural or commercial purposes including, but not limited to, use of the Property in partnership with a transportation network company.

**6. PROPERTY INSURANCE, TAXES AND FEES** - You promise to pay all taxes and fees (like registration fees) due on the Property and to keep the Property insured against loss and damage. The amount and coverage of the property insurance must be acceptable to Us. You may provide the property insurance through a policy You already have, or through a policy You get and pay for. You promise to make the insurance policy payable to Us and to deliver the policy or proof of coverage to Us if asked to do so.

If You cancel Your insurance and get a refund, We have a right to the refund. If the Property is lost or damaged, We can use the insurance settlement to repair the Property or apply it towards what You owe. You authorize Us to endorse any draft or check which may be payable to You in order for Us to collect any refund or benefits due under Your insurance policy.

If You do not pay the taxes or fees on the Property when due or keep it insured, We may pay these obligations, but We are not required to do so. Any money We spend for taxes, fees or insurance will be added to the unpaid balance of the Loan and You will pay interest on those amounts at the same rate You agreed to pay on the Loan. We may receive payments in connection with the insurance from a company which provides the insurance. We may monitor Our loans for the purpose of determining whether You and other borrowers have complied with the insurance requirements of Our loan agreements or may engage others to do so. The insurance charge added to the Loan may include (1) the insurance company's payments to Us and (2) the cost of determining compliance with the insurance requirements. If We add amounts for taxes, fees or insurance to the unpaid balance of the Loan, We may increase Your payments to pay the amount added within the term of the insurance or term of the Loan.

**7. INSURANCE NOTICE** - If You do not purchase the required property insurance, the insurance We may purchase and charge You for will cover only Our interest in the Property. The premium for this insurance may be higher because the insurance company may have given Us the right to purchase insurance after uninsured collateral is lost or damaged. **The insurance will not be liability insurance and will not satisfy any state financial responsibility or no fault laws**.

**8. DEFAULT** - You will be in default if You break any promise You make or fail to perform any obligation You have under this Agreement. You will also be in default under this Agreement if the Loan is in default. You will be in default if any Property You

EXHIBIT 1

| Credit Union: SchoolsFirst Federal Credit Union | Acct No. *******710 | Loan No. 0001 |

have given Us as security is repossessed by someone else, seized under a forfeiture or similar law, or if anything else happens that significantly affects the value of the Property or Our security interest in it.

**9. WHAT HAPPENS IF YOU ARE IN DEFAULT** - When You are in default, We may demand immediate payment of the outstanding balance of the Loan without giving You advance notice and take possession of the Property. You agree the Credit Union has the right to take possession of the Property without judicial process if this can be done without breach of the peace. If We ask, You promise to deliver the Property at a time and place We choose. If the Property is a motor vehicle or boat, You agree that We may obtain a key or other device necessary to unlock and operate it, when You are in default. We will not be responsible for any other property not covered by this Agreement that You leave inside the Property or that is attached to the Property. We will try to return that property to You or make it available for You to claim.

After We have possession of the Property, We can sell it and apply the money to any amounts You owe Us. We will give You notice of any public disposition or the date after which a private disposition will be held. Our expenses for taking possession of and selling the Property will be deducted from the money received from the sale. Those costs may include the cost of storing the Property, preparing it for sale and attorney's fees to the extent permitted under state law or awarded under the Bankruptcy Code.

If You have agreed to pay the Loan, You must pay any amount that remains unpaid after the sale money has been applied to the unpaid balance of the Loan and to what You owe under this Agreement. You agree to pay interest on that amount at the same rate as the Loan until that amount has been paid.

**10. DELAY IN ENFORCING RIGHTS AND CHANGES IN THE LOAN** - We can delay enforcing any of Our rights under this Agreement any number of times without losing the ability to exercise Our rights later. We can enforce this Agreement against Your heirs or legal representatives. If We change the terms of the Loan, You agree that this Agreement will remain in effect.

**11. CONTINUED EFFECTIVENESS** - If any part of this Agreement is determined by a court to be unenforceable, the rest will remain in effect.

**12. NOTICE FOR ARIZONA OWNERS OF PROPERTY** - It is unlawful for You to fail to return a motor vehicle that is subject to a security interest, within thirty days after You have received notice of default. The notice will be mailed to the address You gave Us. It is Your responsibility to notify Us if Your address changes. The maximum penalty for unlawful failure to return a motor vehicle is one year in prison and/or a fine of $150,000.00.

☐ *The following notice applies ONLY when the box at left is marked.*

**13. NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**14. OTHER PROVISIONS** -

## SIGNATURES

By signing, or otherwise authenticating, as Borrower, You agree to the terms of the Loan Agreement. If Property is described in the "Security" section of the Truth in Lending Disclosure, You also agree to the terms of the Security Agreement. If You sign, or otherwise authenticate, as "Owner of Property" You agree only to the terms of the Security Agreement.

**CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THE AGREEMENT BEFORE YOU SIGN IT**

| Borrower 1 Signature | Date |
|---|---|
| X /s/ Katie Hinton | 03/27/2021 (Seal) |

| Borrower 2 Signature | Date |
|---|---|
| X | (Seal) |

| | Date |
|---|---|
| X | (Seal) |
| ☐ Borrower 3: | |
| ☐ Owner of Property    ☐ Witness | |

| | Date |
|---|---|
| X | (Seal) |
| ☐ Borrower 4: | |
| ☐ Owner of Property    ☐ Witness | |

EXHIBIT 1



Collateral Management Solutions
9750 Goethe Road | Sacramento, CA 95827
www.Vitu.com

# SchoolsFirst FCU

## Lien and Title Information

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | W36 |
| **Lienholder** | SCHOOLSFIRST FCU |
| **Lienholder Address** | PO BX 11547 |
| | SANTA ANA, CA 92711 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 5NPE34AB4JH658719 | **Issuance Date** | 4/29/2021 |
| **Title Number** | | **Received Date** | 5/10/2021 |
| **Title State** | CA | **ELT/Paper** | ELECTRONIC |
| **Year** | 2018 | **Odometer Reading** | 22042 04/06/2021 |
| **Make** | HYUN | **Branding** | |
| **Model** | | | |
| **Owner 1** | HIGBEE KATIE | | |
| **Owner 2** | | | |
| **Owner Address** |  | | |

**Printed:** Monday, July 21, 2025 3:31:13 PM PST



EXHIBIT 2

▓▓▓▓▓▓▓ HIGBEE,KATIE L Loan 01: 2018 HYUNDAI SONATA/CH 7 BK Payoff    07/21/2025

A payment of **$8,683.83** is required to pay off this loan on **07/21/25**.

```
Principal Balance:                         8,576.06
Interest Type:                                Daily
Interest Rate:                                2.740
Interest Due:                                 67.60
One Day's Interest:                          0.6438
Due Date:                                04/10/2025
Amount Past Due by Payoff Date:            1,071.12
Past Due Payment Count:                           4
Late Charge Due:                              40.17
```



Payoff on 07/21/2025 vs. 01/10/2028

07/21/2025: 67.6 / 0 / 0 / 8,683.83
01/10/2028: 321.26 / 0 / 0 / 8,937.49

Legend: Total Interest, Total Amount, Total Sales Tax, Total Insurance

Page 1

EXHIBIT 3

```
ACCT #XXXXXXX710 HIGBEE,KATIE L    ID 01 TYPE 08   2.740%    5NPE34AB4JH658719

TRAN   TRAN DATE    TRAN AMT    AMT DUE    LATE FEE   DUE DATE    DAYS DQ    BALANCE
------------------------------------------------------------------------------------
  P     04/07/25     535.56-     267.78     26.78     02/10/25      56      8,576.06
 HP     01/09/25     267.78-     267.78      0.00     01/10/25              9,025.22
  P     01/06/25     267.78-     267.78      0.00     12/10/24      27      9,290.91
  P     12/20/24     267.78-     267.78     13.39     11/10/24      40      9,546.51
 HP     10/17/24     267.78-     267.78      0.00     10/10/24       7      9,754.04
  P     09/14/24     535.56-     267.78     13.39     08/10/24      35      9,997.05
 HP     07/14/24     267.78-     267.78      0.00     07/10/24       4     10,470.49
 HP     06/16/24     267.78-     267.78      0.00     06/10/24       6     10,715.75
```



EXHIBIT 3

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Katie** | **Lynn** | **Higbee** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Central** District of **California**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|
| 2.1 **SchoolsFirst Federal Credit Union**<br>Creditor's Name<br>**PO Box 11547**<br>Number    Street<br><br>**Santa Ana, CA 92711-1547**<br>City    State    ZIP Code<br><br>Who owes the debt? Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br>Date debt was incurred **3/27/2021**    Last 4 digits of account number **8 7 1 0**<br><br>Describe the property that secures the claim:<br>**2018 Hyundai Sonata**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply.<br>☑ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____ | $9,046.00 | $10,000.00 | $0.00 |

Add the dollar value of your entries in Column A on this page. Write that number here:    **$9,046.00**

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 1

EXHIBIT 4