Certificate Number: 14912-CAC-DE-040088881

Bankruptcy Case Number: 25-11754



14912-CAC-DE-040088881

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 15, 2025, at 1:28 o'clock AM EDT, Katie Higbee completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   September 15, 2025                By:   /s/Jai Bhatt

                                          Name: Jai Bhatt

                                          Title: Counselor